HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NANCY LOUISE TILLMAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | CASE NO. 16-1157RBL-BAT<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation [Dkt. #14].

2) The Commissioner's decision is **REVERSED**, and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation; the ALJ shall reevaluate Ms. Tillman's credibility and steps four and five of the evaluation process.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

Dated this 10th day of March, 2017.

*Ronald B. Leighton (signature)*

Ronald B. Leighton
United States District Judge

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 2